Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

__Northern__ District of __New York__

__2__ Division

Case No. __9:24-cv-523__
(to be filled in by the Clerk's Office)

__GTS/MJK__

__Daren French DIN 19A3870__

Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

__C.O. J. Montgomery, Exstrand,__
__See Attached        et. al__

Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)



U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
APR 1 5 2024
AT_____ O'CLOCK_____
John M. Domurad, Clerk - Syracuse

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Daren French
   All other names by which you have been known:
   ID Number: 19A3870
   Current Institution: Green Haven Correctional Facility
   Address: 594 Route 216
   Stormville, NY 12582
   City / State / Zip Code

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: SGT Extrand
   Job or Title *(if known)*: Sargent
   Shield Number:
   Employer: DOCCS - Coxsackie
   Address: P.O. Box 999
   Coxsackie, NY 12051-0999
   City / State / Zip Code
   [X] Individual capacity  [X] Official capacity

   Defendant No. 2
   Name: J. Montgomery
   Job or Title *(if known)*: Correctional Officer
   Shield Number:
   Employer: DOCCS - Coxsackie
   Address: P.O. Box 999
   Coxsackie, NY 12051-0999
   City / State / Zip Code
   [X] Individual capacity  [X] Official capacity



Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
Name: John Doe
Job or Title (if known): Correctional Officer
Shield Number:
Employer: NYS DOCCS Coxsackie C.F.
Address: P.O. Box 999
Coxsackie, NY 12051
City / State / Zip Code
[✓] Individual capacity  [✓] Official capacity

Defendant No. 4
Name: John Doe
Job or Title (if known): Correctional Officer
Shield Number:
Employer: NYS DOCCS Coxsackie C.F.
Address: P.O. Box 999
Coxsackie, NY 12051
City / State / Zip Code
[✓] Individual capacity  [✓] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

[X] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Violations of 1st, 5th, 8th and 14th Amendments
NYS Article 1 subdivision 1, 5, 8, 9, 11 and 12
Violations of American with Disabilities Act 42 USCA 12101

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

See Attached

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*see Attached Causes of Actions*

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [X] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

See Attached

C. What date and approximate time did the events giving rise to your claim(s) occur?

01/01/2023, approximately 6:00 PM

Coxsackie Exam Room #2

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See Attached

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

See Attached

See Medical

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

~~$1,500,000~~ for pain and suffering(including physical and mental)

3,000,000 - Compensatory Damages

3,000,000 - Punitative Damages

~~Future~~ Dameges - 1,000,000

Totaling: 7 million USD

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

[X] Yes

[ ] No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

**Coxsackie Correctional Facility**

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

[X] Yes

[ ] No

[ ] Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

[ ] Yes

[X] No

[ ] Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

[X] Yes

[ ] No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

[ ] Yes

[ ] No

E. If you did file a grievance:

1. Where did you file the grievance?
Coxsackie C.F.

2. What did you claim in your grievance?
That I was assualted by Coorectional Staff and was severely Hurt. Sexualy assolted

3. What was the result, if any?
No responses were given by the facility and I was later moved to another facility; Also based of the Grievance process there is no need to file a grievance relating assualts or sexual assaults.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*
No responses were given and per Directives no grievance is needed in this case.

F.  If you did not file a grievance:

  1. If there are any reasons why you did not file a grievance, state them here:

  I Did file a Grievance and was told by facility that issue was <u>NON</u> Grievable. Super Intendent was notified aswell of officers misconduct. OSI was also made aware by me and serious allegations against Defendants.

  2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   In relation to assualts or sexual assualts, remedies are exhausted upon notifying The Office of Special Investigation. A grievance nevertheless was filled.

   (Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _____

3. Docket or index number
   _____

4. Name of Judge assigned to your case
   _____

5. Approximate date of filing lawsuit
   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

   **NO**

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) _____

    Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3. Docket or index number

    _____

4. Name of Judge assigned to your case

    _____

5. Approximate date of filing lawsuit

    _____

6. Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff _____

Printed Name of Plaintiff: **Daren French**

Prison Identification #: **19-A-3870**

Prison Address: **594 Route 216**

**Stormville**, **NY**, **12582**
City, State, Zip Code

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____

City, State, Zip Code

Telephone Number _____
E-mail Address _____

## STATEMENT OF FACTS

1. Coxsackie Correctional Facility has a history of abusing Incarcerated Individuals in Regional Medical Unit(RMU).
2. In this complaint Plaintiff sustained serious physical injuries, life changing injuries and experienced tramatization that plagues him to this very day.
3. On 01/01/2023 at approximately 6 pm Plaintiff was involved in an altercation with a fellow Incarcerated Individual.
4. As a result Plaintiff was taken to be searched by Defendant Montgomery.
5. The Defendant then wheeled Plaintiff out of the RMU to the regular Prison Medical department to which the Plaintiff found suspicious.
6. Defendant Montgomery then began to look up the Plaintiffs personal information and started asking questions, Inquiring about personal information about Plaintiffs living arrangements in the streets.
7. The Plaintiff responded "What does that have to do with this current situation", which was irrelavent information at time.
8. Plaintiff responded that it was his mothers address and felt threatened by defendants suspicious questions.
9. Defendant Exstrand walked into the room and asked The Plaintiff to remove his cloths.
10. Plaintiff feared for his life and felt uncomfortable because he was being cornered off in the room by Three (3) Officers and a Sergeant.
11. Defendant Extrand stated to the Plaintiff "If you don't take your cloths off we will kill you and rip your cloths off you, decide".
12. The Plaintiff reluctantly began to take his shirt off and then his pants.
13. Defendant Montgomery became upset at the Plaintiff because the Plaintiff was in a wheelchair and could not move due to the Plaintiffs Disability; His ability to stand under his own power.
14. The Plaintiffs' pants fell to the floor which included his underwear, it was at this point that Defendant Montgomery jumped on top of the Plaintiff.

15. Defendant John Doe #1 and John Doe #2 handcuffed the Plaintiff behind his back while Defendant Montgomery Choked the Plaintiff.
16. The Plaintiff was subdued by defendant Montgomery, John Doe #1, and John Doe #2.
17. The Defendant's began to gang assualt the Plaintiff Maliciously and Sadistically.
18. Defendant Montgomery was punching and kicking the Plaintiffs' testicals.
19. Defendants John Doe #1 and John Doe #2 stomped on Plaintiffs' head over 15 times.
20. Defendants John Doe # 1, John Doe #2, and Officer Montgomery brutally attacked Plaintiff, each taking turns kicking, punching, and stomping on the Plaintiffs' face, head, and body areas.
21. The Defendant began to sexually assualt Plaintiff by kicking Plaintiffs testicles, then after about 10 kicks begins to put his finger - three of them - in and out of Plaintiffs throat all while stating "Is this how your mother deep throats!!! Take it like your mommy! Suck it!"; Completely humiliating the Plaintiff.
22. Defendant Montgomery continued this sexual assault by laying next to the Plaintiff and pulling his testicles literally to the point that the Plaintiff cried for help; "Please stop, your hurting me".
23. Defendant Montgomery pulled the Plaintiffs' testicles to the point that he caused 5 lacerations to the Plaintiffs' testicles; an injury supported by medical documentation.
24. Defendant Montgomery yanked the Plaintiffs' testicles to the point that the Plaintiff was literally laying in a pool of blood and urine.
25. Defendant Exstrand has a duty to intervene and abandoned all supervisory responsibilities and aided the assualt and sexual abuse by his subordinates on the Plaintiff.
26. After the attack that lasted approximately 5 minutes, defendant John Doe #1 Stated "Fuck! Why didn't you just take your cloths off". The Plaintiff believes that because of the severity of the injuries he endured that the Defendant's acted outside of the scope of their duty.

27. Defendant Montgomery asked defendant Exstrand "can't we charge him with assaulting an officer?" Then Stated "We can say he came out of the chair." to which the defendant Exstrand Stated "Yeah, lets see what the tour Commander wants to do."

28. These statements by Defendants Montgomery and Exstrand demonstrate intent to undermine accountability and to cover up officer misconduct, wrong doing, and speaks to the state of mind.

29. The Plaintiff was then transferred to Albany Medical center's Emergency department for additional treatment for injuries sustained during the assualt. On discharge documentation from the hospital states "assua;t victim, Sexual assualt victim, Etc."

31. Upon re-entry to the facility the Plaintiff endured harrassment by officers at every level of the grievance process and OSI complaint process.

32. Plaintiff Exhausted all his administrative remedies belonging to the assualt and sexual assault.

33. Defendants' Montgomery, Exstrand, John Doe #1, and John Doe #2 are exempt from Qualified immunity as an affirmative defense due to the assault and sexual assault on the disabled Incarcerated Individual rendering them outside of the scope of their duty.

34. This court has supplemental jurisdiction over all of the Plaintiffs' claims both federal and State law claims.

35. The Plaintiff has stated enough facts plausible on its face to state a claim for which relief can be granted.

36. God Bless America.

## Cause of Action #1

42 USC 1983 8th Amendment
Cruel & Unusual Punishment
NYS Article 1 Subdivison 5, 8, 9, 12
Def. 1, 2, 3, 4

Aforementioned Defendants brutally gang assaulted plaintiff Maliscioully & Sadistically on Date of Incident "1-1-23" Plaintiff was Handcuffed and Naked during attack and left helpless. Defendent Montgomery slammed Plaintiff while handcuffed to the rear causing injuries ("see medical file from Albany medical Center")

## Cause of Action #2

42 USC 1983 5, 8, 14th Amendment
NYS Article 1 Subdivison 1, 5, 8, 9, 11, 12
Defendents: Montgomery, JD #1, #2 & Sgt. Exstrand Aforementioned Defendents Sexually Assaulted Plaintiff During Attack By Stomping / Punching / Kicking Plaintiff all over body and Testicals while Naked causing bruising to Interior of Buttocks, Brusing and lacerations inside of mouth from forcing fingers in mouth Stating "I'm going to Do This to your Mother"

Continued Cause of Action #2

Then grabbed Plaintiff's Testicals And Tryed To Rip Them off But Ripped a 2½ inc Tear in my Scrotum, & There is ⑤ parellel lacerations on Scrotum around main Tear. (See Medical File)

Cause of Action #3
42 USC 1983 8th Amendment Deliberate Indifference ADA Violation
NYS Article 1 Subdivison 5
Def. 1-4
Aforementioned Defendents DID NOT Take Plaintiff's medical disability into consideration. Disregarded and abandoned all efforts To limit ~~Injury~~ exisiting Injurys. Defendents Took Plaintiff out of wheelchair To cause Physical Injury. Plaintiff Suffers from Narrowing of The Spine along with Bulging & herniated Disc along with a Spinal cord stimulation Inplaint. (see medical File)

## Cause of Action #4

42 USC 1983  1st Amendment
Retaliation, Threat to cause Injury/Harm
NYS Article 1 Subdivision 1
Defendents Montgomery & Sgt Exstrand
Aforementioned Defendents Threatened to physically assault Plaintiff. Deffendent Montgomery Spearheaded This premeditated assault by stating to plaintiff "That if he did not comply he would be brutally assaulted." This Threat was executed ~~created~~ by Defendents on a Direct order of Defendent Sgt. exstrand.

## Cause of Action #5

42 USC 1983  4th Amendment illegal Search
NYS Article 1, Subdivison 5, 9, 11, 12
Def. 1-4
Aforementioned Defendents forced plaintiff to be Strip searched that resulted in injurys sustained (see medical file)