DAReN FRENCH # 19A3870
Green Haven Correctional Facility
594 Rt 216 Stormville, N.Y. 12582-4000




NEOPOST
US POSTAGE $010.55
FACILITY
ZIP 12582
041M11466608

CERTIFIED MAIL
7020 1810 0002 1821 4588



U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK
APR 15 2024
RECEIVED

United States District Court
Northeren District of New York
Pro se intake unite
100 Clinton St.
Syracuse, New York 13261-7367

3/19/24

Legal Mail *